Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice* motion forthcoming)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman (*pro hac vice* motion forthcoming)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice* motion forthcoming)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER K. VER,<br><br>Defendant. | Case No.: 2:24-cr-00103-MWF<br><br>**DEFENDANT ROGER K. VER'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Date Filed: December 3, 2024 |

Defendant Roger K. Ver, by and through undersigned counsel, respectfully requests this Court grant this *ex parte* application to exceed the 7,000-word limit on pre-trial motions pursuant to L.R. 11-6.1 for Ver's Motion to Dismiss Counts One Through Eight of the Indictment.

On November 21, 2024, undersigned counsel emailed Department of Justice prosecutors Peter Anthony, James Hughes, and Matthew Kluge, conferring on Defendant's motion to dismiss and the filing of a motion to dismiss exceeding 7,000 words. In response, the government has taken the position that it objects to the filing of this brief *in toto*. The government requested a response date of January 6, 2024, and the parties will confer to provide a proposed joint schedule for briefing on the motion.

I. **ARGUMENT**

On February 15, 2024, the government filed an eight-count indictment against Ver. The government's charges rely on violations of Ver's rights; misleading, selective quotations of communications presented to the grand jury; and, fundamentally, on the false and anachronistic pretense that U.S. tax rules provided meaningful guidance to those who, like Ver, were among the pioneers in the now-mainstream cryptocurrency economy.

Ver seeks to submit a single, unified motion addressing each of these issues succinctly. However, in order to account for the complexity of these issues and the significant deficiencies that permeate all counts of the government's case, Ver respectfully requests that the Court permit a Motion to Dismiss not exceeding 10,000 words. Ver's request will not unduly delay any proceedings or prejudice any party.

II. **CONCLUSION**

For the foregoing reasons, Ver respectfully requests the Court grant this *Ex Parte* Application to Exceed Word Limits for Ver's Motion to Dismiss Counts One Through Eight of the Indictment.

Dated: December 3, 2024    Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice* motion forthcoming)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman *(pro hac vice* motion forthcoming)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice* motion forthcoming)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

2

DEFENDANT ROGER K. VER'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS

CASE NO. 2: 24-CR-00103-MWF