# EXHIBIT 10

| | |
|---|---|
| **From:** | Roger Ver <roger@memorydealers.com> |
| **Sent:** | Mon 1/11/2016 11:08:12 PM (UTC-05:00) |
| **To:** | Appraiser 2 |
| **Subject:** | Re: BitCoins |
| **Attachment:** | signature.asc |

HI Appraiser 2,

Thanks for the reply.
Now I think I understand.

I will get back to you in detail tomorrow.

Roger Ver


> On Jan 11, 2016, at 8:05 PM, Appraiser 2 wrote:
>
> Hi Roger,
>
> I understand you want to get it done on the Bitcoin valuation.
>
> I wrote the following to Lawyer 1, your attorney, a few weeks ago:
>
> It makes a huge difference whether it is a personal holding or entity
>> holding.
>> IRS ruling on the Virtual Currency including the BITCOIN is a
>> treatment as like an asset class of  "PROPERTY."
>
> He said that he will find out more the exactness of your holdings whether
> personal or entity.
>
> Again, the valuation for risk adjustment between the two is huge and its
> consequences of taxation will be huge as well.
>
> You mentioned once you wanted to value your Bitcoin as personal holdings.
> Think about it again.
> I understand the Bitcoin's unique code, however the question is where the
> Bitcoin is invested for.
>
> If you want me to value it as personal holdings, I will wrap it up and send
> the report to you.
>
> Thank you so much!
>
>

**Appraiser 2**

EXHIBIT 10
1

RKV_REV0421659

>
> This email message and any attachments are CONFIDENTIAL and intended solely
> for the addressed recipient.  Any unauthorized use, disclosure or
> duplication is prohibited.  Thank you.
>
>
>
> -----Original Message-----
> From: Roger Ver [mailto:roger@memorydealers.com]
> Sent: Monday, January 11, 2016 12:10 PM
> To: ███Appraiser 2███████████████████████████████
> Subject: Re: BitCoins
>
> Hi ███Appraiser 2███,
>
> Another week has gone by and I haven't heard back from you.
> Is everything ok?
>
> Can you please give me an update so I know what to expect?
> If you aren't able to complete the appraisal for some reason,  please let me
> know ASAP so I can find someone else.
> If that is the case, you can refund my $6,000 preferably by Bitcoin to:
> ████████████████████████████████
>
> Or you can wire to my bank:
>

EXHIBIT 10
2

RKV_REV0421659