Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice* motion forthcoming)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman (*pro hac vice* motion forthcoming)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice* motion forthcoming)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER K. VER,<br><br>Defendant. | Case No.: 2:24-cr-00103-MWF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTS ONE THROUGH EIGHT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Date Filed: December 3, 2024 |

This Court, having considered the Motion to Dismiss Counts One Through Eight of the Indictment and Memorandum in Support, filed by Defendant Roger K. Ver, hereby GRANTS the application and ORDERS the following relief:

1. The indictment is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____        _____

The Honorable Michael W. Fitzgerald
United States District Judge