Ashwin J. Ram
STEPTOE LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00103-MWF |
| v. | |
| ROGER KEITH VER | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Adams, Andrew C.                                    of        Steptoe LLP
*Applicant's Name (Last Name, First Name & Middle Initial*                1114 6th Avenue
212 506 3900                                                  New York, NY 10036
*Telephone Number*          *Fax Number*
acadams@steptoe.com
              *E-Mail Address*                                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Roger Keith Ver
*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Ram, Ashwin J.                                         of        Steptoe LLP
*Designee's Name (Last Name, First Name & Middle Initial*                633 West 5th Street, Suite 1900
277513                  213-439-9400              213-439-    Los Angeles, CA 90071
                                                        9599
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
aram@steptoe.com
              *E-Mail Address*                                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:      ☐   for failure to pay the required fee.

              ☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

              ☐   for failure to complete Application:

              ☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is
                  regularly employed or engaged in business, professional, or other similar activities in California.

              ☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office
                  District.

              ☐   because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.          _____

                                                **U.S. District Judge/U.S. Magistrate Judge**