UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | **CR 24-103-MWF** | Date: December 10, 2024 |
|---|---|---|

| Present: The Honorable: | MICHAEL W. FITZGERALD, United States District Judge |
|---|---|

| Interpreter | Not Applicable |
|---|---|

| Rita Sanchez | Not Reported | James. C. Hughes (USAO)<br>Matthew J. Kluge (DOJ)<br>Peter J. Anthony (DOJ) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant | Present | Cust | Bond | Attorneys for Defendant: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Roger Keith Ver | Not | | | Ashwin J. Ram | Not | | X |
| | | | | Andrew C. Adams | Not | | X |
| | | | | Galen C. Kast | Not | | X |
| | | | | Nicholas P. Silverman | Not | | X |
| | | | | Sonja Arndt | Not | | X |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO FILE EXCESS PAGES [20]**

Before the Court are (1) Defendant Roger K. Ver's Ex Parte Application to Exceed Word Limits (the "EPA"), and (2) Defendant Roger K. Ver's Motion to Dismiss Counts One through Eight of the Indictment (the "MTD"), filed and lodged, respectively, on December 3, 2024. (Docket Nos. 20 and 21). Defendant states in the EPA that the government opposed the request, although no opposition has been filed.

A review of the docket reflects that the Indictment (Docket No. 1) was filed on February 15, 2024. Defendant has yet to make an appearance in this District.

In the absence of a written opposition by the government, the EPA is **GRANTED** and the MTD is deemed **FILED**. The government's Opposition is due on January 6, 2025, unless the parties stipulate to a different briefing schedule. The Opposition may be equal in length to the MTD. The government may include in its Opposition arguments that this Court lacks the asserted "inherent authority" to hear the MTD in the absence of Defendant's presence in this District, or that the Court in its discretion should decline to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

IT IS SO ORDERED.