**Brown, Inez**

---

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, December 4, 2024 10:56 AM
To: Brown, Inez <Ibrown@steptoe.com>
Subject: [EXTERNAL] Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 6289806
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $500.00
Tracking Id: ACACDC-38691809
Approval Code: 026272
Card Number: ************3249
Date/Time: 12/04/2024 01:55:42 ET


NOTE: This is an automated message. Please do not reply