E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail:    james.hughes2@usdoj.gov
MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division
     150 M Street N.E., Room 2.206
     Washington, D.C. 20002
     Telephone: (202) 305-3301
     Facsimile: (202) 514-9623
     E-mail: Matthew.J.Kluge@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 24-00103-MWF |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND SET BRIEFING SCHEDULE |
| ROGER KEITH VER, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney James C. Hughes and Trial Attorneys Matthew Kluge and Peter Anthony with the Department of Justice Tax Division, and defendant ROGER KEITH VER ("defendant"), by and through his counsel of record, Andrew Adams, hereby stipulate as follows:

1.     On December 3, 2024, defendant filed a motion to dismiss the indictment in this case.  (Dkt. 21.)  Defendant's motion alleges that the indictment should be dismissed on the following grounds: 1) the "Exit Tax" that defendant is alleged to have evaded is unconstitutional; 2) the indictment rests on impermissibly vague statutory foundations; and 3) the government's selective quotation and disregard of exculpatory evidence warrants dismissal.  (Id.)  In his motion, defendant requested a hearing date of February 3, 2025, and correctly informed the Court that the United States had requested a response date of January 6, 2025.  (Id.)

2.     Following defendant's filing of the abovementioned motion, a member of the government's trial team experienced a family tragedy.  This has impacted the government's ability to respond to defendant's motion within the timeframe previously estimated by the government.

3.     The government has conferred with defense counsel and requested that the response date for the government's opposition to defendant's motion be extended to January 13, 2025.  Defense counsel agrees to this revised response date.  Due to the anticipated size of the government's opposition brief, defense counsel has requested that the due date for its reply brief be set for January 27, 2025.  The government agrees to the proposed due date for defendant's reply brief.

4.     In order to provide the Court with sufficient time to review defendant's motion to dismiss, the government's opposition, and defendant's reply, the parties agree that the hearing on defendant's motion should be continued to February 10, 2025, at 1:30 pm.

5. Based on the abovementioned information, the parties request that the Court continue the hearing date on defendant's motion to dismiss the indictment to February 10, 2025, at 1:30 pm, and that the Court set the following briefing schedule: 1) that the government's opposition be due on January 13, 2025; and 2) that defendant's reply brief be due on January 27, 2025.

IT IS SO STIPULATED.

Dated: December 29, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
JAMES C. HUGHES
Assistant United States Attorney

MATTHEW J. KLUGE
Assistant Chief, Tax Division
PETER J. ANTHONY
Trial Attorney, Tax Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: December 29, 2024            _____/s/_____
ANDREW ADAMS
Steptoe LLP

Attorney for Defendant
Roger Keith Ver