E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail:    james.hughes2@usdoj.gov
MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division
     150 M Street N.E., Room 2.206
     Washington, D.C. 20002
     Telephone: (202) 305-3301
     Facsimile: (202) 514-9623
     E-mail: Matthew.J.Kluge@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00103-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE |
| v. | |
| ROGER KEITH VER, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The hearing date on defendant's motion to dismiss the indictment (Dkt. 21.) is continued to February 10, 2025 at 1:30 pm;

2. The government's opposition to defendant's motion to dismiss the indictment is due on January 13, 2025;

//

3. The defendant's reply to the government's opposition to defendant's motion to dismiss the indictment is due on January 27, 2025.

IT IS SO ORDERED.

_____           _____
DATE                                   HONORABLE MICHAEL W. FITZGERALD
                                       UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
JAMES C. HUGHES
Assistant United States Attorney