UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00103-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE |
| v. | |
| ROGER KEITH VER, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation to Continue Hearing Date on Defendant's Motion to Dismiss and Set Briefing Schedule, filed December 29, 2024. (Docket No. 31). For good cause shown, IT IS HEREBY ORDERED THAT:

1. The hearing date on Defendant's Motion to Dismiss the Indictment (the "Motion" (Docket No. 21)) is **CONTINUED** to **February 10, 2025, at 1:30 p.m.**;

2. The government's Opposition to Defendant's Motion is due on January 13, 2025;

///

///

///

3. Defendant's Reply in support of the Motion is due on January 27, 2025.

IT IS SO ORDERED.

December 30, 2024
DATE

MICHAEL W. FITZGERALD
United States District Judge