E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division
     150 M Street N.E., Room 2.206
     Washington, D.C. 20002
     Telephone: (202) 305-3301
     Facsimile: (202) 514-9623
     E-mail: Matthew.J.Kluge@usdoj.gov
JAMES C. HUGHES (CABN 263878)
     Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail: James.Hughes2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-CR-00103-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF 7,000 WORDS; DECLARATION OF JAMES C. HUGHES |
| v. | |
| ROGER KEITH VER, | |
| Defendant. | Hearing Date: February 10, 2025<br>Hearing Time: 1:30 p.m.<br>Location:   First Street Courthouse, Courtroom 5A |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California; Matthew J. Kluge, Assistant Chief, Tax Division; Peter J. Anthony, Trial Attorney, Tax Division; and Assistant United States Attorney James C. Hughes, hereby applies ex parte for leave to file a

memorandum of points and authorities in support of the Government's Opposition to Defendant's Motion to Dismiss that exceeds 7,000 words.

This *ex* *parte* application is based upon the attached declaration of James C. Hughes.

Dated: January 13, 2025          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

           /s/
_____
MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division

JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JAMES C. HUGHES**

I, James C. Hughes, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. Pursuant to Local Rule 11-6, memoranda of points and authorities may not exceed 7,000 words (not including the caption, table of contents, table of authorities, signature block, and any indices and exhibits), except as otherwise provided by the Local Rules or ordered by the Court. L.R. 11-6.

3. On December 3, 2024, defendant filed a motion to dismiss the indictment in this case. (CR 21). Per an unopposed ex parte application filed with the Court, defendant's motion to dismiss exceeded the page limitation imposed by Local Rule 11-6. (CR 20).

4. The government requests leave to file a memorandum in support of its opposition that exceeds 7,000 words. The government's opposition addresses multiple arguments raised by defendant requiring substantial legal analysis, including claims that Internal Revenue Code provisions relevant to defendant's prosecution are unconstitutional. To sufficiently address the arguments raised by defendant, the government is requesting leave to file an opposition consisting of not more than 10,500 words.

//
//
//
//
//
//

5. On January 9, 2025, counsel for the government and defendant exchanged emails regarding the government's request to file an oversized opposition consisting of no more than 10,500 words. Counsel for defendant informed counsel for the government that defense has no objection to the government's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 13, 2025.

_____
JAMES C. HUGHES