E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division
    150 M Street N.E., Room 2.206
    Washington, D.C. 20002
    Telephone: (202) 305-3301
    Facsimile: (202) 514-9623
    E-mail: Matthew.J.Kluge@usdoj.gov
JAMES C. HUGHES (CABN 263878)
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2579
Facsimile: (213) 894-6269
E-mail: James.Hughes2@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER KEITH VER,<br><br>    Defendant. | No. CR 24-CR-00103-MWF<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF 7000 PAGES |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the United States may file a memorandum of points and authorities in support of its opposition to defendant's motion to dismiss containing not more than 10,500 words.

IT IS SO ORDERED.

_____    _____
DATE                            HONORABLE MICHAEL W. FITZGERALD
                                UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
JAMES C. HUGHES
Assistant United States Attorney