# EXHIBIT 1

1  E. MARTIN ESTRADA
   United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   MATTHEW J. KLUGE (PABN 204285)
4  Assistant Chief, Tax Division
   PETER J. ANTHONY (NYBN 4940912)
5  Trial Attorney, Tax Division
        150 M Street N.E., Room 2.206
6       Washington, D.C. 20002
        Telephone: (202) 305-3301
7       Facsimile: (202) 514-9623
        E-mail: Matthew.J.Kluge@usdoj.gov
8  JAMES C. HUGHES (CABN 263878)
        Assistant United States Attorney
9       1100 United States Courthouse
        312 North Spring Street
10      Los Angeles, California 90012
        Telephone: (213) 894-2579
11      Facsimile: (213) 894-6269
        E-mail: James.Hughes2@usdoj.gov
12
   Attorneys for Plaintiff
13 UNITED STATES OF AMERICA

14                    UNITED STATES DISTRICT COURT

15             FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 | UNITED STATES OF AMERICA,              | No. CR 24-CR-00103-MWF |
17 |          Plaintiff,                     | DECLARATION OF IRS SPECIAL AGENT JEREMIAH HAYNIE IN SUPPORT OF |
18 |               v.                        | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
19 | ROGER KEITH VER,                        | |
20 |          Defendant.                     | |

21

22      I, Jeremiah Haynie, pursuant to 18 U.S.C. § 1746, declare as

23 follows:

24      1.   I am over the age of 18 and competent as to the matters set

25   forth in this declaration.

26      2.   I am employed as a Special Agent with the Internal Revenue

27   Service, Criminal Investigation ("IRS-CI"). I have been a Special

28   Agent with IRS-CI, working on financial and tax-related

1  investigations, for approximately twenty-three years. I am currently

2  assigned to the Washington, D.C. Field Office's Cybercrimes Unit,

3  which specializes in investigations of financial and tax crimes

4  involving the use of the internet, including the use of

5  cryptocurrencies.

6      3.    I am the lead IRS-CI Special Agent assigned to the criminal

7  investigation of Roger Keith Ver.

8      4.    Ver is a well-known investor in and promoter of

9  cryptocurrency. Through this investigation, I am familiar with Ver's

10 appearance and voice.

11     5.    Ver was arrested in Barcelona, Spain, on April 26, 2024, at

12 the request of the United States government. Since then, Ver has

13 resisted extradition to the United States from Spain. On or about

14 October 29, 2024, a Spanish court granted the United States'

15 extradition request; Ver then appealed that decision, which remains

16 pending. Ver is currently not detained in Spain.

17     6.    During the investigation, I obtained and reviewed a video

18 posted on YouTube on or about February 13, 2017, on a channel named

19 "Anarchapulco," titled "Roger Ver at Anarchapulco 2016." ("The

20 video"). According to its website, Anarchapulco 2016 occurred in

21 February 2016. The video is available at

22 https://www.youtube.com/watch?v=rGC7EeR-rAw and was last accessed on

23 January 10, 2025. Based on a review of its website, I know that

24 Anarchapulco is an annual "anarcho-capitalist" convention held in

25 Acapulco, Mexico. The video shows Ver giving a speech at the

26 convention and stating:

27

28

2

1
2
3
4

> Bitcoin completely undermines the power of every
> single government...to tax people's income, to
> control them in any way....
> Bitcoin [] makes it so incredibly easy for people
> to hide their income or evade taxes...

5

(The video at 1:18-1:56). The video also shows Ver recounting

6

how multiple people contacted him asking for advice about how to use

7

bitcoin to evade their taxes, including one "panicked" friend who

8

told Ver "I need you to show me how to hide my bitcoin so that I

9

don't have to pay taxes on it." (The video at 2:06-3:34).

10

7.    During the investigation, I obtained and reviewed evidence

11

indicating that Ver has substantial financial resources. Among other

12

things, this evidence includes a letter dated November 10, 2023,

13

from a representative of Ver indicating that Ver's net worth is

14

greater than $1 billion.

15

8.    After he was arrested in Barcelona, Spain, in April 2024,

16

Ver purchased a nearly $70 million, oceanworthy yacht in Spain.

17

9.    As part of this investigation, I reviewed Ver's individual

18

income tax returns, which he signed under penalties of perjury, for

19

multiple years. Per information on those returns, prior to December

20

2017, Ver frequently traveled to the United States. On average, for

21

the years 2012 through 2017, Ver spent 55 days in the United States

22

annually. In or about December 2017, Ver learned of the

23

investigation when the government served several subpoenas,

24

including a subpoena to the law firm that prepared Ver's

25

expatriation-related tax returns. Since learning of the

26

investigation, Ver has not traveled to the United States.

27
28

3

1    I declare under penalty of perjury under the laws of the United

2 States that the foregoing is true and correct to the best of my

3 knowledge and memory.

4

5 Executed on January 13, 2025, at East Lansing, Michigan.

6

7

JEREMIAH HAYNIE
8    Special Agent
    Internal Revenue Service, Criminal
9    Investigation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4