UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-CR-00103-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF 7000 WORDS |
| v. | |
| ROGER KEITH VER, | |
| Defendant. | |

The Court has reviewed the government's Ex Parte Application for Leave to File Opposition Memorandum in Excess of 7,000 Words, filed January 13, 2025. (Docket No. 33). FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the United States may file a memorandum of points and authorities in support of its opposition to Defendant Roger Keith Ver's Motion to Dismiss (Docket No. 21) containing not more than 10,500 words.

IT IS SO ORDERED.

January 13, 2025
DATE

_____
MICHAEL W. FITZGERALD
United States District Judge