1  Ashwin J. Ram (SBN: 277513)
   aram@steptoe.com
2  633 West Fifth Street, Suite 1900
3  Los Angeles, CA 90071

4  Andrew C. Adams (*pro hac vice*)
   acadams@steptoe.com
5  1114 6th Ave.
6  New York, NY 10036

7  Nicholas P. Silverman (*pro hac vice*)
   nsilverman@steptoe.com
8  Galen C. Kast (*pro hac vice*)
   gkast@steptoe.com
9  1330 Connecticut Ave. NW
10 Washington, DC 20036
   +1 213 439 9400
11 **Steptoe LLP**

12
   Darrell P. White (SBN: 270038)
13 dwhite@klw-law.com
   17631 Fitch
14 Irvine, CA 92614
15 +1 949 474 0940
   **Kimura London & White LLP**
16

17 *Attorneys for Defendant Roger Keith Ver*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER K. VER,<br><br>Defendant. | Case No.: 2:24-cr-00103-MWF<br><br>**DEFENDANT ROGER K. VER'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Date Filed: January 26, 2025 |

1  Defendant Roger K. Ver, by and through undersigned counsel, respectfully
2  requests this Court grant this *ex parte* application and permit a maximum of 8,750
3  words for Ver's Reply In Support of Motion to Dismiss Counts One Through Eight
4  of the Indictment.  The government does not object to Ver's request.

5  Typically, Local Rule 11-6.2 permits the movant to file a memorandum
6  containing 7,000 words, the non-movant to file an opposition containing 7,000
7  words, and the movant to file a reply containing 7,000 words.

8  On Dec. 3, 2024, Ver filed a motion to dismiss the indictment on multiple
9  grounds.  On Ver's application, the motion contained 9,539 words.  After two
10 consented-to extensions, on Jan. 13, 2025, the government filed an opposition
11 containing 10,449 words.  In order to reply to the government's opposition, Ver
12 requests that he be permitted to file a brief containing up to 8,750 words.  On Jan.
13 24-26, 2025, Ver conferred with the government, and the government does not
14 object to Ver's request.

15 Ver therefore respectfully requests the Court grant this *ex parte* application
16 and permit a maximum of 8,750 words for Ver's Reply In Support of Motion to
17 Dismiss Counts One Through Eight of the Indictment.

Dated: January 26, 2025     Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice*)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice*)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*