**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CR-00103-MWF |
| v. | |
| ROGER KEITH VER | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Roger Keith Ver   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute   Nina Marino   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

KAPLAN MARINO PC 1546 N. Fairfax Ave
*Street Address*

Los Angeles, CA 90046          marino@kaplanmarino.com
*City, State, Zip*              *E-Mail Address*

310-557-0007        310-861-1776        142815
*Telephone Number*   *Fax Number*        *State Bar Number*

as attorney of record instead of   Ashwin J. Ram, Andrew C. Adams, Galen C. Kast,
*List **all** attorneys from same firm or agency who are withdrawing.*

Nicholas P. Silverman, Sonja Arndt

**is hereby** ☐ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of   Ashwin J. Ram, Andrew C. Adams, Galen C. Kast,
*List **all** attorneys from same firm or agency who are withdrawing.*

Nicholas P. Silverman, Sonja Arndt

to withdraw as attorney of record for   Roger Keith Ver

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**