**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| Plaintiff(s) | CR 24-103-MWF |
| v. | |
| ROGER KEITH VER, | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION ~~OR WITHDRAWAL~~ OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Roger Keith Ver                    ☐ Plaintiff ☒ Defendant ☐Other
_Name of Party_

☒ to substitute   Nina Marino                                              who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Kaplan  Marino PC, 1546 North Fairfax Avenue

Los Angeles, CA 90046            _Street Address_      marino@kaplanmarino.com
_City, State, Zip_                                        _E-Mail Address_

(310) 557-0007            (310) 861-1776            142815
_Telephone Number_          _Fax Number_          _State Bar Number_

as attorney of record instead of  Ashwin J. Ram, Andrew C. Adams, Galen C. Kast,
                                  _List **all** attorneys from same firm or agency who are withdrawing._

Nicholas P. Silverman, Sonja Arndt


**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of [                                        ]
                                              _List **all** attorneys from same firm or agency who are withdrawing._

[                                        ]

to withdraw as attorney of record for [                    ]
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  January 30, 2025

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)      ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY