# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER KETIH VER, <br><br> Defendant. | Case No. 2:24-CR-00103-MWF <br><br> **[PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

For good cause shown, IT IS HEREBY ORDERED THAT the hearing date on Defendant's motion to dismiss the indictment (Dkt. 21) is continued to March 10, 2025 at 1:30 p.m.

IT IS SO ORDERED.

_____    _____
DATE                         HONORABLE MICHAEL W. FITZGERALD
                             United States District Judge

//

//

//

//

//

//

Presented by:

____/s/____ *Nina Marino*
NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, PC

DAVID I. SCHOEN
SCHOEN LAW FIRM

JEFFREY A. NEIMAN
MARCUS NEIMAN RASHBAUM & PINEIRO LLP

Attorneys for Defendant
ROGER KEITH VER