Name and Address:
Nina Marino
KAPLAN MARINO PC
1546 N. Fairfax Ave
Los Angeles, CA 90046

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s), | 2:24-CR-00103-MWF |
| v. | | |
| ROGER KEITH VER | | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Meyers, Kathryn A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Marcus Neiman Rashbaum & Pineiro LLP
*Firm/Agency Name*

One Biscayne Tower                              305-400-4260
2 South Biscayne Blvd, Suite 2530               *Telephone Number*              *Fax Number*
*Street Address*

Miami, FL 33131                                 kmeyers@mnrlawfirm.com
*City, State, Zip Code*                         *E-mail Address*

**I have been retained to represent the following parties:**

Roger Keith Ver                                 ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                                                ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of New York | March 13, 2000 | Yes |
| State of Florida | April 15, 2004 | Yes |
| U.S. Court of Appeals - Eleventh Circuit | November 16, 2018 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 16, 2025

Kathryn A. Meyers
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Marino, Nina

*Designee's Name (Last Name, First Name & Middle Initial)*

Kaplan Marino, PC

*Firm/Agency Name*

1546 N. Fairfax Ave

*Street Address*

Los Angeles, CA 90046

*City, State, Zip Code*

310-557-0007

*Telephone Number*

marino@kaplanmarino.com

*Email Address*

142815

*Designee's California State Bar Number*

310-861-1776

*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  02/11/2025

Nina Marino

*Designee's Name (please type or print)*

*/s/ Nina Marino*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

U.S. District Court S.D.N.Y. admitted April 3, 2001-good standing
U.S. District Court E.D.N.Y. admitted April 19, 2001-good standing
U.S. District Court S.D. Fla. admitted July 21, 2005-good standing
U.S. District Court N.D. Fla. admitted February 18, 2010-good standing
U.S. District Court M.D. Fla. admitted March 15, 2021-good standing

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Brenna B. Mahoney, Clerk of this Court, certify that Kathryn A. Meyers, Bar # KM6887, was duly admitted to practice in this Court on 04/19/2001, and is in good standing as a member of the Bar of this Court.

Dated at Brooklyn on 01/29/2025
*(Location)* *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

Shannon Hernandez
Deputy Clerk



# United States Court of Appeals
# Eleventh Circuit



**David J. Smith**
**Clerk of Court**

**Peter F. Busscher**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **DAVID J. SMITH**, Clerk of Court for the United States Court of Appeals for the Eleventh Circuit, **DO HEREBY CERTIFY** that **Kathryn Ashley Meyers** was duly admitted to practice in this Court on **November 16, 2018**, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia on **January 29, 2025**.

DAVID J. SMITH, CLERK OF COURT

By: /s/ Julvonnia McDowell
Julvonnia McDowell, Deputy Clerk





# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon     )          In Re:   0711152
                                       Kathryn Ashley Meyers
                                       Marcus Neiman Rashbaum & Pineiro LLP
                                       2 S Biscayne Blvd Ste 2350
                                       Miami, FL 33131-1824

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 15, 2004**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  29th  day of **January, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-327495



AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT
for the
**Middle District of Florida**

**CERTIFICATE OF GOOD STANDING**

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Kathryn Ashley Meyers**, Florida Bar # **0711152**, was duly admitted to practice in this Court on **March 15, 2021**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on January 30, 2025.



_____
**Elizabeth M. Warren**
*Clerk of Court*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

ELIZABETH LAWRENCE
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Gainesville Division

January 30, 2025

# CERTIFICATE OF GOOD STANDING

I, JESSICA J. LYUBLANOVITS, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **KATHRYN ASHLEY MEYERS , Florida Northern District Bar Number 711152**, was duly admitted to practice in this Court on **February 18, 2010**, and is in good standing as a member of the Bar of this Court.

**JESSICA J. LYUBLANOVITS**

**CLERK OF COURT**

*[signature]*

ADNAN FARAJ, DEPUTY CLERK

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 100 North Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Kathryn Ashley Meyers

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 13, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 29, 2025.

*Clerk of the Court*

CertID-00211915



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,     **Angela E. Noble,**     Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Kathryn Ashley Meyers**, Florida Bar # **711152**, was duly admitted to practice in this Court on **July 21, 2005**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on January 30, 2025.



Angela E. Noble
Court Administrator • Clerk of Court

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

**KATHRYN ASHLEY MEYERS**, Bar # **KM6887**

was duly admitted to practice in the Court on

**April 03, 2001**

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  New York, New York   On **January 30, 2025**

Tammi M. Hellwig
Clerk of Court

By  s/B. Cong
Deputy Clerk