JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            v.<br><br>ROGER KEITH VER,<br><br>        Defendant. | No. 24-CR-00103-MWF<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND DENYING DEFENDANT'S PENDING MOTION AS MOOT |

The Court has read and considered the United States' Unopposed Motion to Dismiss Without Prejudice the Indictment against defendant Roger Ver pursuant to Federal Rule of Criminal Procedure 48(a) (the "Motion"). (Docket No. 63). Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1.    The indictment is hereby **DISMISSED** without prejudice as to defendant Roger Keith Ver.

///

///

///

///

2.   Defendant's pending Motion to Dismiss (Docket No. 21) is

**DENIED** as moot.

3.   The hearing set for December 15, 2025, at 3:00 pm is

**VACATED**.

**IT IS SO ORDERED.**

October 14, 2025
DATE                          MICHAEL W. FITZGERALD
                              United States District Judge